FILED 12 NOV '20 15:57 USDC-ORP

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

UNITED STATES OF AMERICA

        v.

LUIS MANUAL AGUIAR-ESTRADA,
Defendant

3:20-cr-_00531-HZ_

**INDICTMENT**

**21 U.S.C. §§ 841(a)(1), (b)(1)(C), 853(p),**

Forfeiture Allegation

### THE GRAND JURY CHARGES:

### COUNT 1
### (Possession with the Intent to Distribute Fentanyl)
### (21 U.S.C. § 841(a)(1) and (b)(1)(C))

Beginning on or about September 10, 2020 and continuing to on or about October 9,

2020, in the District of Oregon and elsewhere, **LUIS MANUAL AGUIAR-ESTRADA**,

defendant herein, did knowingly and intentionally possess with the intent to distribute a mixture

or substance containing a detectable amount of fentanyl, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

///

///

///

///

///

///

///

**Indictment**                                                                                                      **Page 1**

## FORFEITURE ALLEGATION

Upon conviction of any of the controlled substance offenses alleged in Count 1 of this indictment, **LUIS MANUAL AGUIAR-ESTRADA**, defendant herein, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations, including but not limited to the following a money judgment for a sum of money equal to the amount of property representing the amount of proceeds obtained as a result of the controlled substance offenses as alleged in Count 1.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

> (1) cannot be located upon the exercise of due diligence;
>
> (2) has been transferred or sold to, or deposited with, a third person;
>
> (3) has been placed beyond the jurisdiction of the Court;
>
> (4) has been substantially diminished in value; or
>
> (5) has been commingled with other property which cannot be subdivided
>
> without difficulty;

///

///

///

///

///

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C.

Indictment                                                                                     Page 2

§ 982(b), to seek forfeiture of any other property of said defendant up to the value of the

forfeitable property described above.

Dated: November **12**, 2020.

A TRUE BILL

OFFICIATING FOREPERSON

Presented by:
BILLY J. WILLIAMS
United States Attorney

KEMP L. STRICKLAND, OSB# 961185
Assistant United States Attorney